## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| TYRICE GRIFFIN, | : No. 488 MAL 2017 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.